MORRIS J. SULLIVAN and CHARLES WILLIAMS, etc., Respondents, v. AMERICAN

RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.